**KB2S, INC., an Arkansas corporation qualified to do business in CA; KCW Consulting, Inc., a California corporation, Plaintiffs—Appellants,**

v.

**CITY OF SAN DIEGO, California, Defendant—Appellee.**

No. 07–55225.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 14, 2009.

Filed May 7, 2009.

Jeff Gerard Harmeyer, Esq., McAtee & Harmeyer, San Diego, CA, William J.

Davis, Esq., Davis & Company, Los Angeles, CA, for Plaintiffs–Appellants.

Glenn Spitzer, Esq., City Attorney's Office, San Diego, CA, for Defendant–Appellee.

Before: KOZINSKI, Chief Judge, PREGERSON, Circuit Judge, and MILLS,* District Judge.

**MEMORANDUM***

Given the early stage of KB2S's proposed development, any injury that the City of San Diego caused to KB2S is too speculative to support standing for KB2S's claim under the Fair Housing Act. *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992).

**AFFIRMED.**

---

* The Honorable Richard Mills, United States District Judge for the Central District of Illinois, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.